# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PARTIDA GAONA, | CV F   06 865 OWW SMS P |
| Plaintiff, | ORDER DENYING MOTION TO FILE EXHIBITS |
| v. | (Doc. 9.) |
| KUSHNER, et.al., | |
| Defendants. | |

Martin Partida Gaona ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on July 10, 2006. On October 18, 2006, Plaintiff filed a pleading titled "Motion to File Exhibits pursuant to 42 U.S.C. § 1983." In this pleading, Plaintiff requests permission to submit to the Court exhibits in support of his action.

Plaintiff's request will be denied. It is inappropriate to attach exhibits to a complaint. See Rule 8, Federal Rules of Civil Procedure. In addition, the Court cannot serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into

1  question (for example, on a motion for summary judgment, at trial, or when requested by the
2  court).  At this point, the submission of evidence is premature as the Plaintiff is only required to
3  state a prima facie claim for relief in the Complaint.  Accordingly, Plaintiff's request for
4  permission to file exhibits in support of his Complaint is DENIED.
5  IT IS SO ORDERED.

6  **Dated:   October 31, 2006**                  /s/ Sandra M. Snyder
   icido3                                        UNITED STATES MAGISTRATE JUDGE